1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    GUILLERMO I. PINTADO,

8              Plaintiff,                    CV F 96 5790 REC HGB  P

9        vs.                                 ORDER RE MOTIONS
                                             (DOCUMENTS 11, 12)

10

11

12   DEPT. OF CORRECTIONS, , et al.,

13              Defendants.

14

15

16            Plaintiff is a federal prisoner proceeding pro se.  Pending before the court are

     plaintiff's motions to reopen the case and to amend the complaint.

17
              This action was closed on Jne 25, 1997.  The District Court adopted the findings
18
     and recommendations of the Magistrate Judge that this action be dismissed without prejudice for
19
     plaintiff's failure to prosecute.
20
              On May 2, 2005, plaintiff filed a motion to reopen the case and to amend the
21
     complaint.  On August 30, 2005, plaintiff filed a separate motion to reopen the case.   The
22
     original lawsuit alleged that plaintiff suffered ill effects from the drinking water at CCI
23
     Tehachapi.   Subsequent to his release, plaintiff was deported, and has since reentered the United
24
     States.   Currently, plaintiff is in the custody of the U.S. Bureau of Prisons at the Federal
25
     Correctional Institution at Fairton, New Jersy.  Plaintiff's ground for his motion is that he is still
26

                                              1

suffering from the effects of the water he consumed at CCI Tehachapi.

   Plaintiff is advised that the dismissal in 1997 was without prejudice.  The court did not reach the merits of plaintiff's claim.   Plaintiff has not proffered any legal authority for the proposition that this action should be re-opened and that he should be allowed to amend his complaint.

   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reopen the case and to amend his complaint are  denied.

IT IS SO ORDERED.

**Dated:  October 4, 2005**       **/s/ Robert E. Coyle**
668554             UNITED STATES DISTRICT JUDGE